1  PATRICK E. PREMO (CSB No. 184915)
   ppremo@fenwick.com
2  SHEEVA J. GHASSEMI-VANNI (CSB No. 246639)
   sghassemi@fenwick.com
3  JOHN-PAUL S. DEOL (CSB No. 284893)
   jpdeol@fenwick.com
4  TIARA R. QUINTANA (CSB No. 315783)
   tquintana@fenwick.com
5  FENWICK & WEST LLP
   801 California Street
6  Mountain View, CA  94041
   Telephone:     650.988.8500
7  Facsimile:     650.938.5200

8  Attorneys for Plaintiff
   GLINT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLINT INC., a Delaware corporation, | CASE NO. 3:18-cv-02886-CRB |
|---|---|
| Plaintiff, | **NOTICE OF EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY** |
| v. | |
| PERCEPTYX, INC., a California corporation; MITCHELL ANDERSON, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOTICE OF EX PARTE MOTION FOR TRO AND EXPEDITED DISCOVERY

CASE NO. 3:18-cv-02886-CRB

**TO DEFENDANTS PERCEPTYX, INC., MITCHELL ANDERSON, DOES 1 THROUGH 10, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Glint Inc. is moving the Court, pursuant to Fed. R. Civ. P. 65(b) and Civil Local Rule 65-1, for a Temporary Restraining Order, Order to Show Cause Regarding Preliminary Injunction and Expedited Discovery ("Ex Parte Motion") to enjoin Defendants Perceptyx, Inc., Mitchell Anderson, and Does 1 through 10 (collectively, "Defendants") from further misappropriation of Plaintiff's trade secrets, and further use and/or disclosure of Plaintiff's confidential information. The hearing, if any, on the Ex Parte Motion will be set by the Court and shall be before the Honorable Charles R. Breyer of the United States District Court for the Northern District of California

The Ex Parte Motion is and will be made on the grounds, set forth more fully in the accompanying Memorandum of Points and Authorities, Plaintiff will suffer irreparable injury unless Defendants are enjoined from the action described above. Further, these actions, *inter alia*, constitute misappropriation of Plaintiff's trade secrets in violation of the Defend Trade Secrets Act and California Uniform Trade Secrets Act, breach of contract, and breach of Anderson's duty of loyalty.

This Motion is and will be based upon this Motion, the supporting Memorandum of Points and Authorities, the Declarations of David L. Haskell ("Haskell Decl."), Anita Hsiung Carey ("Carey Decl."), Mark Eskridge ("Eskridge Decl."), and Sheeva Ghasemmi-Vanni ("Ghasemmi-Vanni Decl.") in Support of Plaintiff's Motion for a Temporary Restraining Order and the exhibits attached thereto, the records before this Court, all matters of which this Court may take judicial notice, and argument to be presented at the hearing on this matter.

Dated: May 17, 2018                    FENWICK & WEST LLP

                                       By:   */S/ Patrick E. Premo*
                                             Patrick E. Premo

                                       Attorneys for Plaintiff
                                       GLINT INC.