# EXHIBIT A




# Mark Eskridge - *CV*

Mark Eskridge is a Senior Computer Forensics Examiner with areas of expertise including computer and smart device forensics, theft of intellectual property/trade secrets, Internet investigations, employee misconduct and human resource investigations. He has over 18 years of computer forensics experience and over 23 years of law enforcement experience, including expert witness testimony and is a court-recognized computer forensics expert. Mark is strong in both Windows and Macintosh/OSX environments, as well as Android and iOS for smart devices.

## COMPUTER CERTIFICATIONS

- Digital Forensics Certified Practitioner (DFCP) certification from the Digital Forensics Certification Board (DFCB), 2010. Certification renewed in 2016.
- EnCase Certified Examiner (EnCE) certification from Guidance Software, 2008. Certification renewed in 2016.
- Certified Forensic Computer Examiner (CFCE) certification from the International Association of Computer Investigative Specialists (IACIS), 2007. Certification renewed in 2016.
- Cellebrite Certified Mobile Examiner (CCME), Cellebrite Certified Logical Operator (CCLO) and Cellebrite Certified Physical Analyst (CCPA) certifications from Cellebrite in August of 2014. Superseded by CCME in 2016.
- Certified BlackLight Examiner (CBE) certification from BlackBag Technologies in February of 2016.
- Lantern iOS / Mac OSX Lab Certification from Katana Forensics in October of 2012.
- GIAC Advanced Smartphone Forensics (GASF) certification from Global Information Assurance Certification (GIAC) in February 2017.

## PROFESSIONAL MEMBERSHIPS

- **HTCIA.** Former member of the High Technology Crime Investigation Association, Southern California chapter, from 1995-2012. This is a group of both law enforcement and private/corporate computer forensic examiners that meet monthly to share computer forensic related problems and solutions. Served as the elected secretary of the Southern California chapter from 2010-2012.
- **HTCC.** Former member of the High Technology Crime Consortium mailing list since 2000. This is a group of both law enforcement and private/corporate computer forensics examiners that share computer forensic related problems and solutions over an email list.

Copyright © 2018




- **IACIS.** Member of the International Association of Computer Investigative Specialists mailing list since 2000. This is a group of law enforcement computer forensic examiners that share computer forensic related problems and solutions over an email list.
- **DFCB.** Member of the Digital Forensic Certification Board since 2010. This group is dedicated to providing digital forensics certification and standards.
- **CDFS.** Member of the Consortium of Digital Forensic Specialists since 2011. This is an international group dedicated to improving the digital forensic profession through unity, advocacy, and standardization.

## COURT TESTIMONY

Testified over two dozen times within the Orange County Superior Court and is recognized as a computer / digital forensic expert.

- Deposition taken in civil litigation (minor vs. school district) matter. Testified for plaintiff, January 12, 2018.
- Riverside County Superior Court, for a civil (contract dispute) matter. Testified for the petitioner in a bench trial, January 16, 2018.
- Orange County Superior Court, for a family law matter. Testified for the petitioner (mother), November 20, 2017.
- Deposition taken in civil litigation (sexual assault) matter. Testified for the plaintiff, November 9, 2017.
- Orange County Superior Court, for an intellectual property theft matter. Testified for the plaintiff in a jury trial, October 10, 2017.
- Sacramento Superior Court, for an intellectual property theft matter. Testified for the defense in a court trial, January 31, 2017
- Deposition taken in an intellectual property theft matter. Testified for the defense, November 11, 2016
- Los Angeles Superior Court, in Pomona, for a child pornography matter. Testified for the defense in a pretrial motion, November 2, 2016
- Orange County Superior Court, for a probation revocation hearing. Testified for the defense, September 28, 2016
- San Bernardino County Superior Court, for a family law matter (continued), April 26, 2016
- San Bernardino County Superior Court, for a family law matter, April 21, 2016
- Los Angeles County Superior Court, in Burbank, for a wrongful death matter. Testified for the plaintiff in a jury trial, November 3, 2015
- Orange County Superior Court (Central Justice Center), for a child pornography matter. Testified for the defense in a jury trial, October 29, 2015
- United States Federal Court, in West Palm Beach, Florida, for an employment law matter. Testified for the plaintiff in a court trial, October 27, 2015
- Deposition taken in a wrongful death matter. Testified for the plaintiff, August 28, 2015

Copyright © 2018




- Los Angeles Superior Court, in El Monte, for a child pornography matter. Testified for the defense in a jury trial, May 20, 2015
- Sacramento Superior Court, for a computer data theft matter. Testified for the prosecution in a jury trial, January 21, 2015
- Los Angeles County Superior Court, in Pomona, for a 311.11 CPC jury trial, October 15, 2014
- Deposition taken in a civil litigation matter, July 15, 2014
- Testimony given in an administrative law matter, November 11, 2013
- Deposition taken in a civil litigation matter, October 4, 2013
- Deposition taken in a civil litigation matter, August 27, 2013
- Testimony given at the Anaheim Union High School District, in an administrative law matter, July 18, 2013
- Orange County Superior Court Central Justice Center, for a family law matter, January 14, 2013
- Orange County Superior Court Central Justice Center, for a 487 CPC jury trial, October 5, 2012
- Orange County Superior Court Central Justice Center, for a 288(a) CPC post-conviction motion, July 15, 2011 and July 18, 2011
- Orange County Superior Court Central Justice Center, for a 187 CPC jury trial, February 10, 2011
- Orange County Superior Court Central Justice Center, on a 288(a) PC evidence suppression hearing and jury trial, April 26, 2010 through April 29, 2010
- Orange County Superior Court Central Justice Center, on a 288(a) PC jury trial, April 19,2010
- Orange County Superior Court Central Justice Center, on a 288(a) PC evidence suppression hearing, April 07, 2010 and April 8, 2010
- Orange County Superior Court Central Justice Center, on a 288(a) PC jury trial, December 14, 2009
- Orange County Superior Court West Justice Center, on a 288(a) PC evidence suppression hearing, October 29, 2009 and November 2, 2009
- Orange County Superior Court Central Justice Center, on a 288(a) PC evidence suppression hearing, July 21, 2009
- Orange County Superior Court Central Justice Center, on a 487 PC jury trial, February 23 and 26, 2009 and March 02, 2009
- Orange County Superior Court, Central Justice Center, on a 314 PC preliminary hearing, October 31, 2008
- Orange County Superior Court, Central Justice Center, on a 646.9 PC jury trial, April 24, 2008
- Orange County Superior Court, Harbor Justice Center, on a 288(a) PC preliminary hearing, February 1, 2008
- Orange County Superior Court, Central Justice Center, on a 288(a) / 311.11 PC jury trial, April 23, 2007
- Orange County Superior Court, Harbor Justice Center, on an evidence suppression hearing, January 23, 2007
- Orange County Grand Jury, May 25, 2006

Copyright © 2018




- Orange County Superior Court, Central Justice Center, on an 11379 H&S evidence suppression hearing, April 7, 2006
- Orange County Superior Court, Central Justice Center, on a 311.11 PC jury trial, March 13-14, 2006
- Orange County Grand Jury, October 3, 2005
- Orange County Superior Court, North Justice Center, on a 211 PC preliminary hearing, September 8, 2005
- Orange County Superior Court, Harbor Justice Center, on a 647(k)(2) PC jury trial, July 12, 2005
- Orange County Superior Court, Central Justice Center, on a 311.11 PC jury trial, June 29-30, 2005
- Orange County Superior Court, Central Justice Center, on a 470 PC jury trial, May 11-12, 2005
- Orange County Superior Court, Harbor Justice Center, on a 470 / 530.5 PC jury trial, January 26, 2005
- Orange County Superior Court, Central Justice Center, on a 288(a) PC trial, April 14, 2004
- Orange County Superior Court, Central Justice Center, on a 288 / 311.11 PC preliminary hearing, January 5, 2004
- Orange County Superior Court, Central Justice Center, on a 288(a) PC preliminary hearing, December 22, 2003
- Orange County Superior Court, Central Justice Center, on a 487 PC Jury trial, December 15, 2003
- Orange County Superior Court, Central Justice Center, on a 288(a) PC Jury trial, October 29, 2003
- Orange County Superior Court, Central Justice Center, on a 241/289 PC Court trial, July 10, 2003
- Orange County Superior Court, Central Justice Center, on a 487 PC preliminary hearing, February 10, 2003
- Orange County Superior Court, Central Justice Center, on a 288(a) / 311.11 PC trial, November 1, 2001
- Orange County Superior Court, West Justice Center, on a 288(a) / 311.11 PC trial, October 31, 2001
- Orange County Superior Court, Central Justice Center, on a misdemeanor 311.11 PC trial, June, 2001
- Orange County Superior Court, Harbor Justice Center, on a 311.11 PC preliminary hearing, May 18, 2001
- Orange County Superior Court, West Justice Center, on a 311.11 PC / 470 PC preliminary hearing, April 18, 2001
- Orange County Superior Court, Harbor Justice Center, on a 311.11 PC preliminary hearing, March 7-8, 2001

Copyright © 2018




**FORMAL AND INFORMAL TRAINING IN COMPUTER INVESTIGATION AND DIGITAL FORENSICS**

Forensically searched in excess of 2,000 computer hard disk drives and assorted other computer media, primarily using Guidance Software's EnCase computer forensic tool since the Spring of 1999 and utilizing Access Data's Forensic Tool Kit suite since 2007. Additionally, has received training in and have utilized Macintosh forensic tools since 2007.

Additionally, since 2005 has forensically examined hundreds of cellular telephones and mobile computing devices, using multiple hardware and software data extraction solutions (e.g. Cellebrite UFED Ultimate data extraction kit, Katana's Lantern software, and Oxygen Software's Forensic Suite 2012).

Attended hundreds of additional hours of miscellaneous computer crime and computer forensic training, between 1997 and 2013. Own and utilize multiple forensic suites, including Guidance Software's EnCase v6/v7, X-Ways Forensics v17 and GetData's Forensic Explorer v2. Also own and utilize a full set of Tableau hardware write blockers, an ICS ImageMASSter SOLO-4 and have extensive experience in Linux based forensic boot disks. Lastly, own and utilize the F-Response Tactical hardware/software solution for network environments.

10/02/17 – 10/04/17
- Attended the 3 day international training conference of the High Technology Crime Investigation Association (HTCIA) in Anaheim, California. This conference covered new forensic technology, software and hardware, as well as emerging digital forensic techniques.

05/23/17 – 05/25/17
- Attended the 3 day Computer Enterprise and Investigations Conference (CEIC/EnFUSE) training conference, for advanced users of the EnCase computer forensic software, put on by Guidance Software in Las Vegas, Nevada.

08/29/16 – 08/31/16
- Attended the 3 day international training conference of the High Technology Crime Investigation Association (HTCIA) in Las Vegas, Nevada. This conference covered new forensic technology, software and hardware, as well emerging digital forensic techniques.

05/23/16 – 05/26/16
- Attended the 4 day Computer Enterprise and Investigations Conference (CEIC) training conference, for advanced users of the EnCase computer forensic software, put on by Guidance Software (EnCase) in Las Vegas, Nevada.

Copyright © 2018




02/22/16 – 02/23/16

- Attended a 2 day certification class for BlackLight tools (Certified BlackLight Examiner), put on by BlackBag Technologies in San Jose, California.

10/23/15

- Completed a 4 hour on-line Oxygen Forensic user certification class, put on by PATC (Public Agency Training Council).

08/19/14 – 09/18/14

- Completed a 30 hour on-line Advanced Smartphone Forensics (FOR585) class, put on by the SANS Institute.

07/28/14 – 08/01/14

- Attended a 5 day certification class for Cellebrite's UFED (Universal Forensic Extraction Device) Logical Operator/Physical Analyzer cellphone tool, put on by H-11 Digital Forensics in Los Angeles, California.

05/19/14 – 05/22/14

- Attended the 4 day Computer Enterprise and Investigations Conference (CEIC) training conference, for advanced users of the EnCase computer forensic software, put on by Guidance Software (EnCase) in Las Vegas, Nevada.

09/09/13 – 09/11/13

- Attended the 3 day international training conference of the High Technology Crime Investigation Association (HTCIA) in Las Vegas, Nevada. This conference covered new forensic technology, software and hardware, as well as emerging digital forensic techniques.

10/22/12 – 10/24/12

- Attended a 3 day certification course for the Lantern 2 (iOS/OSX) forensic tool, put on by Katana Forensics in Los Angeles, California. This software specializes in data acquisition and analysis of Apple digital devices.

05/21/12 – 05/24/12

- Attended the 4 day Computer Enterprise and Investigations Conference (CEIC) training conference, for advanced users of the EnCase computer forensic software, put on by Guidance Software (EnCase) in Las Vegas, Nevada.

05/08/12 – 05/10/12

- Attended the 3 day Access Data User's Conference (ADUC) training conference, for advanced users of the Access Data's FTK computer forensic software, put on by Access Data in Las Vegas, Nevada.

09/12/11 – 09/14/11

- Attended the 3 day international training conference of the High Technology Crime Investigation Association (HTCIA) in Indian Wells, California. This conference

Copyright © 2018




covered new forensic technology, software and hardware, as well as emerging digital forensic techniques.

05/24/10 – 05/27/10

- Attended the 4 day conference of Guidance Software's CEIC (Computer and Enterprise Investigations Conference) conference in Las Vegas, Nevada. This conference covered new forensic technology, as well as training related to the EnCase computer forensic tool.

08/23/09 – 08/26/09

- Attended the 4 day conference of the International HTCIA (High Technology Crime Investigation Association), in South Lake Tahoe, CA. This conference covered new forensic technology, software and hardware, as well as training in emerging digital forensic techniques.

06/01/09 – 06/12/09

- Attended a 2 week A+ certification preparation course, put on by Total Seminars and hosted by the FBI at the Chicago RCFL.

11/17/08

- Attended a one day Cellular forensics training class, put on by Susteen and hosted by the Orange County Sheriff's Department Training Facility in Orange. The class detailed the use of DataPilot Secure View for cell phone examination.

07/07/08 – 07/11/08

- Attended a five day Macintosh Forensics course, put on by Black Bag Forensics and hosted at the Los Angeles/Orange/Ventura County High Tech Task Force facility in Santa Fe Springs. The 40 hour course consisted of Apple Macintosh computer forensic examination utilizing Black Bag Forensic suite of tools.

01/07/08 – 01/11/08

- Attended a five day Network Forensic class, put on by the California Department of Justice and hosted at the Huntington Beach Police Department. The 40 hour course consisted of computer network protocols, vulnerabilities, and the investigation of computer intrusion cases.

09/24/07 – 09/28/07

- Attended a week long Macintosh Forensics training course put on by Phoenix Data Group (Steve Whalen).

08/27/07 – 08/29/07

- Attended a three day Wireless Security Assessment (WLSAT) class, put on by the Hot Labs group. The 24 hour course consisted of wireless computer network protocols, vulnerabilities and the investigation of wireless computer intrusion cases.

Copyright © 2018




08/09/07

- Attended a half day Wireless Security seminar, put on by the AirDefense security firm in Los Angeles, California. The seminar highlighted wireless security issues and methods to address them.

04/24/07 – 04/27/07

- Attended a three day Access Data Applied Decryption course, put on by Access Data in Phoenix, Arizona. The course consisted of training in the use of Access Data's PRTK (Password Recovery Tool Kit) and DNA (Distributed Network Attack) software for encrypted file recovery.

01/23/07 – 01/25/07

- Attended a three day Access Data Boot Camp, put on by the manufacturer of FTK (Forensic Tool Kit) in El Segundo, CA. The course consisted of training in the use of the FTK forensic software, FTK Imager, PRTK (Password Recovery Tool Kit) and Registry Viewer.

11/16/06

- Attended a half-day training course on MacForensic Lab forensic software, put on by the manufacturer, SubrosaSoft, in Huntington Beach, CA. The course consisted of an overview of the Macintosh based computer forensic tool.

07/10/06 – 07/14/06

- Attended a 1 week training course on Advanced Data Recovery and Analysis (ADRA), put on by the National White Collar Crime Center (NW3C) in Huntington Beach, CA. The course consisted of data issues and forensic issues specifically related to the Windows NT operating system.

04/24/06 – 05/05/06

- Attended a 2 week training course put on by IACIS (International Association of Computer Investigative Specialists) in Orlando, FL. This training seminar deals with all aspects of digital forensics (utilizing MS-DOS 'Diskedit' through several automated tools) and prepares the student for a year long testing process in non-software specific digital evidence recovery.

11/14/05 – 11/18/05

- Attended a 1 week training course put on by Guidance Software (EnCase) in Pasadena, CA. This course was for advanced users of the EnCase computer forensic software and covered all aspects of version 5.

09/19/05 – 09/23/05

- Attended a 1 week training course put on by Mobile Forensics Training, in Carlsbad, CA. This training involved all aspects of cellular telephone data recovery, using open source software tools and vendor provided software tools.

Copyright © 2018




08/29/05 – 08/31/05

- Attended the 3 day conference of the International High Technology Crime Investigator Association (HTCIA) in Monterey, CA. This conference covered new forensic technology, software and hardware, as well as training in emerging digital forensic techniques.

05/23/05 – 05/27/05

- Attended a 1 week training course put on by the National District Attorneys Association / American Prosecutors Research Institute (NDAA/APRI) in Burlington, Vermont. This training, the Multidisciplinary Investigation and Prosecution of Computer-Facilitated Child Sexual Exploitation, involves a prosecutor, investigator and computer forensic examiner from the same jurisdiction teaming up to investigate and prosecute child exploitation cases.

05/27/04

- Attended a one day Intellectual Property Criminal Enforcement Seminar, put on by the Los Angeles County District Attorney's Office and the United States Secret Service in Los Angeles. The seminar dealt with specific issues related to Intellectual Property, Movie and Recording rights & copyright laws.

05/17/04 – 05/20/04

- Attended a 4 day training course for Advanced Data Recovery and Analysis (ADRA), put on by the National White Collar Crime Center (NW3C) in Santa Ana, CA. The course dealt specifically with using version 8 of ILook forensic software.

01/26/04 – 02/06/04

- Attended a 2 week training course on advanced computer forensics for the investigator, put on by the California Department of Justice in Orange, CA. The course consisted of issues specific to advanced computer forensics as well as a review of the Encase version 4 software, used as a forensic platform. In addition, each student built and maintained their forensic computer in the class.

09/17/03 – 09/18/03

- Attended a 2 day training course on Local Area Networks Investigation, put on by the High Tech Crime Institute in Los Angeles, CA. The course consisted of issues related specifically to both wired and wireless computer network investigations.

03/10/03 – 03/13/03

- Attended a four day training course on Advanced Data Recovery and Analysis (ADRA), put on by the National White Collar Crime Center (NW3C) in Santa Ana, CA The course consisted of data issues and forensic issues specifically related to the Windows NT operating system.

Copyright © 2018




01/14/03

- Attended a 1 day computer investigation class at the Regional Computer Forensic Laboratory (RCFL) in San Diego, CA. The class covered a review of basic computer investigation issues.

09/10/01 – 09/13/01

- Attended the 4 day conference of the International HTCIA (High Technology Crime Investigation Association), in Long Beach, CA. The conference consisted of numerous lectures and lab sessions related to high technology crime investigation and computer forensics.

10/30/00 – 11/02/00

- Attended a 32 hour training course, in Pasadena, CA, put on by the developer of the Encase computer forensic software program (Windows based forensics). This course covered all aspects of using the software in a law enforcement environment.

03/06/00 – 03/10/00

- Attended a 40 hour course, in Ontario, CA, put on by the California Department of Justice. This course covered basic "High Technology and Computer Crime Investigation".

09/08/99 – 09/10/99

- Attended a 24 hour course, in Sacramento, CA, put on by SEARCH (The National Consortium for Justice Information and Statistics). This course covered "The Seizure and Examination of Microcomputers" mainly from a DOS environment.

06/14/99 – 06/17/99

- Attended a 32 hour course, in Santa Ana, CA, put on by the California Department of Justice. This course covered "Investigation of Internet Crimes".

04/19/99 – 04/23/99

- Attended a 36 hour course, in Newport Beach, CA, put on by the National White Collar Crime Center. This course, known as CyberCop 101, covered "Basic Data Recovery and Analysis" mainly from a DOS environment.

11/02/98 – 11/04/98

- Attended the 3 day conference of the International HTCIA (High Technology Crime Investigation Association), in Myrtle Beach, SC. The conference consisted of numerous lectures and lab sessions related to high technology crime investigation and computer forensics.

09/17/98

- Attended a one day seminar, in Long Beach, CA, put on by the U.S. Customs Service. This seminar covered issues of computer investigations and computer forensics.

Copyright © 2018




10/21/97 – 10/24/97

- Attended a 4 day conference, in San Diego, CA, put on by the Naval Criminal Investigative Service. This conference consisted of numerous lectures related to high technology crime investigation.

Have attended hundreds of additional hours of miscellaneous computer crime and computer forensic training between 1997 and 2010.

**COLLEGE EDUCATION**

Bachelor of Arts, Criminal Justice from California State University, Fullerton in 1987.

**DIGITAL FORENSIC INSTRUCTION**

Between 2010 and 2012, was a part-time instructor for the High Tech Crime Institute (www.gohtci.com). Several times a year, conducted a one week computer forensic boot camp, for law enforcement computer forensic examiners, at the HTCI headquarters in Tampa, Florida. On several occasions for HTCI, conducted a one week computer forensic battlefield triage class for NATO troops in Brussels, Belgium.

Also was a coach/mentor for the International Association of Computer Investigative Specialists (IACIS) since 2009, assisting and evaluating candidates for the Certified Forensic Computer Examiner (CFCE) certification.

Presented two class sessions of computer/cell phone forensics at the 2015 CALI (California Licensed Private Investigators) annual conference in Reno, Nevada.

Presented one class session of computer/cell phone forensics at the 2016 CALI (California Licensed Private Investigators) annual conference in Rancho Mirage, California.

Copyright © 2018