# EXHIBIT C

| | |
|---|---|
| **From:** | Jack Morehouse <jmorehouse@perceptyx.com> |
| **Sent:** | Monday, July 18, 2016 7:51 AM |
| **To:** | Mitch Anderson |
| **Subject:** | Re: HCI - connect |

Hi Mitch,

I would be happy to meet you. I am also sensitive to the need to be discreet. I can respond to a text or a call.

I will be around all day on Wednesday and perhaps we could find a good spot to catch up?

My cell: (951) 694-2517

I look forward to meeting you.

**Jack Morehouse**
**Perceptyx, Inc.**

**v** 951.676.4414 ext. 110
**f** 951.676.4413
**c** 951.694.2517
**e** jmorehouse@perceptyx.com
**w** www.perceptyx.com

> On Jul 18, 2016, at 7:32 AM, Mitch Anderson <mitchanderson10@gmail.com> wrote:
>
> Hi Jack,
>
> I trust that you are doing well! I'll be in Denver this week for HCI and look forward to the opportunity to meet you in person.
>
> I understand from Chad that you will have a packed house for your pre-conference session and reception....congrats!
>
> If time and logistics allow, I'd enjoy the opportunity to connect with you in person. I do know know how this will work given the quaintness of the conference and quite a few IBM team members in attendance as well. Either way, I have your contact information so we can stay in touch during and after the conference.
>
> All the best,
>
> Mitch