# EXHIBIT E

```
Plugin: Apple Mail
Category: Messages

System Time Zone: America/Chicago-CST-GMT-6:00
User Selected Time Zone: America/Chicago-CST-GMT-6:00

Record No.: 52330
System Account: mitchanderson

Subject: New Hire Health Quotes and Information

From: steve@smdfinancial.net
To: mitchanderson10@gmail.com
Cc: sbalatoni@perceptyx.com
Bcc:
Reply To:

Snippet:

Message Date Sent: Mar-14-2018 11:38:12
Message Date Received: Mar-14-2018 11:38:46
Message Last View Date:

Mailbox Name: All Mail
Mailbox Account Name:
imap://3372E44C-9166-48F4-B3DC-43FE56F3ADB2/[Gmail]/All Mail

Mailbox URL: imap://3372E44C-9166-48F4-B3DC-43FE56F3ADB2/[Gmail]/All
Mail

Mailbox Detail:
Mailbox Account Name:
imap://3372E44C-9166-48F4-B3DC-43FE56F3ADB2/[Gmail]/All Mail
Mailbox Account ID: 3372E44C-9166-48F4-B3DC-43FE56F3ADB2
Mailbox Name: All Mail
Mailbox URL: imap://3372E44C-9166-48F4-B3DC-43FE56F3ADB2/[Gmail]/All
Mail
Total Message Count: 40171
Unread Message Count: 4868
Unseen Message Count: 4868
Deleted Message Count: 0

EMLX File Name:
EMLX File Path:
EMLX File Size:

EMLX File Date Created: Mar-19-2018 14:44:35

Message ID: sjzSroPdZCOC

View Status: Read
```

```
Conversation Id: 95060
Comment:

Artifacts Source: /Volumes/Macintosh HD
1/Users/mitchanderson/Library/Mail/V5/MailData/Envelope Index

Examiner Notes:
```