# EXHIBIT B

GLINT

May 7, 2018

Mitch Anderson
5205 Ewing Avenue S
Minneapolis, MN, 55410

Re: Confidentiality Reminder

Dear Mitch,

I understand that you have recently voluntarily resigned as an employee of Glint. As an employee of Glint, you had access to confidential and proprietary information of Glint. This information included, but was not limited to, customer lists, prospective customer information, sales leads, sales forecasts, contract terms, pricing of its solution, Glint pricing calculators, methods of operations, marketing plans, Glint's taxonomy of questions, software specifications, software code, functionality, know how, and financial information. Under applicable law and under the terms of your Confidentiality Agreement with Glint, you are required to keep all such information confidential and not to use it to the detriment of Glint. In particular, you may not use it for, or disclose it to, your new employer. Furthermore, to the extent you were to solicit any existing customers under contract with Glint, this may constitute tortious interference with Glint's contractual relationships.

To the extent you may have taken any documents, records, information, software or other property of the Company, you are required to return them immediately to Glint. In particular, it appears that you recently downloaded proprietary information. We would like written confirmation from you that (1) you permanently deleted or destroyed all of Glint's confidential and proprietary materials that was in your possession, (2) you will not, disclose or use any of this information of Glint, and (3) you will not interfere with Glint's existing or prospective business arrangements.  Thank you again for your cooperation with this matter.

Very truly yours,

Marc Pappalardo
General Counsel

cc:
John Borland
28765 Single Oak Dr.
Temecula, CA 92590