# EXHIBIT C

From: **Josh Markle** <jmarkle@perceptyx.com>
Date: Mon, May 14, 2018 at 7:03 AM
Subject: Re: Can I help in your evaluation?
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Cc: Mitch Anderson <manderson@glintinc.com>

▓▓

Thank you for the note. I hope you had a nice weekend. Both Wednesday and Thursday morning looks to be open. How does 9-10:00 CST work for you and ▓▓▓▓  Otherwise, please let us know what might work best and Mitch and I would be more than happy to jump on a call.

Thank you,

1



**Josh Markle**
*Senior Account Executive*
**Perceptyx**

p: 832.437.1243
m: 402.202.5126
e: jmarkle@perceptyx.com
w: www.perceptyx.com

On May 14, 2018, at 8:20 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Josh and Mitch,
We would like to set up a demo meeting with your team to go over the tool once more. ▮▮▮ and I are getting close to making a decision on the two or three vendors that will be on our shortlist, and would appreciate another opportunity to go through what your platform can offer. Do you have any availability this week – Wednesday or Thursday? Thank you.

**From:** Mitch Anderson [mailto:manderson@perceptyx.com]
**Sent:** Monday, May 07, 2018 5:47 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Josh Markle
**Subject:** Can I help in your evaluation?

I hope that you are well! Apologies for the hasty departure note two weeks ago, but I trust that you are being taken care of by my replacement.
You can now see that I've made the jump to Perceptyx and I was happy to hear that Josh has already connected with you. Let me know if I can be helpful in your employee engagement evaluation. Feel free to use me as a resource should you have questions and I can illuminate the big differences (and potential blind spots) for ▮▮▮▮. I can also share with you some of the reasons why I made the career move to join this great company.
Let me know if you are available to connect this week.
Best regards,
Mitch



**Mitch Anderson**
*Enterprise Account Executive*
**Perceptyx**

p: 402.540.4059
e: manderson@perceptyx.com
w: www.perceptyx.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this e-mail and delete the message and any attachments from your computer.

--
**Dave Haskell**
Regional Vice President, West
415-225-6750
dhaskell@glintinc.com


People Powered Success.

3