# EXHIBIT D

From: **Uber Receipts** <uber.us@uber.com>
Date: Thu, May 3, 2018 at 7:04 PM
Subject: [Business] Your Thursday evening trip with Uber
To: manderson@glintinc.com
Cc: receipts@expensify.com



# $12.07

Thanks for choosing Uber, Mitch

May 3, 2018 | uberX

06:53pm | Admiral Boland Way, San Diego, CA

07:04pm | 600 Fifth Ave, San Diego, CA



You rode with Geoffrey

| 2.92 miles | 00:10:57 Trip time | uberX Car |

★ ★ ★ ★ ★

Add a tip

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

[ ]
Your Fare

2

3

Trip fare $12.07

Subtotal $12.07

CHARGED

$12.07

Personal •••• 2003

Transportation Network Company: Rasier-CA, LLC.



Invite your friends and family. Get a free ride worth up to $5 when you refer a friend to try Uber.

Share code: v7vha

3

4

