# EXHIBIT E

From: **Uber Receipts** <uber.us@uber.com>
Date: Fri, May 4, 2018 at 11:33 AM
Subject: [Business] Your Friday afternoon trip with Uber
To: manderson@glintinc.com
Cc: receipts@expensify.com



$22.96

Thanks for choosing Uber, Mitch

May 4, 2018 | uberX

12:43pm | Terminal 1-Lindbergh, <u>4300 Glumack Dr, St Paul, MN</u>

01:00pm | <u>5209 Ewing Ave S, Minneapolis, MN</u>



You rode with Dustin

| 11.07 miles | 00:16:35 Trip time | uberX Car |

★ ★ ★ ★ ★

<u>Add a tip</u>

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. <u>Download the app today.</u>

[ ]
## Your Fare

| | |
|---|---|
| Trip fare | $22.96 |

| | |
|---|---|
| Subtotal | $22.96 |

CHARGED

$22.96

Personal •••• 2003



Invite your friends and family. Get a free ride worth up to $5 when you refer a friend to try Uber.

Share code: v7vha

