PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
SHEEVA J. GHASSEMI-VANNI (CSB No. 246639)
sghassemi@fenwick.com
JOHN-PAUL S. DEOL (CSB No. 284893)
jpdeol@fenwick.com
TIARA R. QUINTANA (CSB No. 315783)
tquintana@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiff
GLINT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLINT INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PERCEPTYX, INC., a California corporation; MITCHELL ANDERSON, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 3:18-cv-02886-CRB<br><br>**DECLARATION OF JOHN-PAUL S. DEOL IN SUPPORT OF PLAINTIFF GLINT INC.'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY** |

I, John-Paul S. Deol, declare as follows:

1. I am an associate attorney at the law firm of Fenwick & West LLP, counsel to Glint Inc. ("Glint"). I am duly admitted to practice before all state and federal courts in the State of California.

2. I make the following statements based upon my personal knowledge or on information and belief where indicated and, if called upon to testify, would testify competently to the matters contained herein.

3. Attached as **Exhibit A** hereto is a true and correct copy of Plaintiff's proposed Request for Production of Documents and Things to Defendant Mitchell Anderson (Set One).

4. Attached as **Exhibit B** is a true and correct copy of Plaintiff's proposed First Set of Interrogatories to Defendant Mitchell Anderson.

5. Attached as **Exhibit C** hereto is a true and correct copy of Plaintiff's proposed Notice of Deposition for Defendant Mitchell Anderson.

6. Attached as **Exhibit D** hereto is a true and correct copy of Plaintiff's proposed Notice of Deposition for Defendant Perceptyx, Inc. pursuant to Rule 30(b)(6).

7. Attached as **Exhibit E** hereto is a true and correct copy of Plaintiff's proposed Request for Production of Documents and Things to Defendant Perceptyx, Inc. (Set One).

8. Attached as **Exhibit F** is a true and correct copy of Plaintiff's proposed First Set of Interrogatories to Defendant Perceptyx, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 17th day of May, 2018 in Mountain View, California.

                            */S/ John-Paul S. Deol*
                            John-Paul S. Deol

Fenwick & West LLP
Attorneys at Law

Deol Decl. ISO Motion for TRO and Expedited Discovery — 1 — Case No. 3:18-cv-02886-CRB