# EXHIBIT C

1  PATRICK E. PREMO (CSB No. 184915)
   ppremo@fenwick.com
2  SHEEVA J. GHASSEMI-VANNI (CSB No. 246639)
   sghassemi@fenwick.com
3  JOHN-PAUL S. DEOL (CSB No. 284893)
   jpdeol@fenwick.com
4  TIARA R. QUINTANA (CSB No. 315783)
   tquintana@fenwick.com
5  FENWICK & WEST LLP
   801 California Street
6  Mountain View, CA 94041
   Telephone:  650.988.8500
7  Facsimile:  650.938.5200

8  Attorneys for Plaintiff
   GLINT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLINT INC., a Delaware corporation, | CASE NO. 3:18-cv-02886-CRB |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF DEPOSITION OF MITCHELL ANDERSON** |
| v. | |
| PERCEPTYX, INC., a California corporation; MITCHELL ANDERSON, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO: **DEFENDANTS PERCEPTYX, INC. AND MITCHELL ANDERSON AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Court's order granting Plaintiff Glint Inc.'s ("Glint") motion for expedited discovery and Federal Rules of Civil Procedure 26 and 30, Glint, by and through its attorneys of record, will take the deposition upon oral examination of Mitchell Anderson. The deposition will commence at 9:00 a.m. on June 1, 2018, at a place to be mutually agreed to by the parties. The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by both stenographic and videographic means. Provisions for real-time monitoring via LiveNote™ or similar facility may also be used. Said deposition shall continue from day to day, weekends and holidays excepted, until completed or adjourned by the attorney taking the deposition.

Dated: _____, 2018

FENWICK & WEST LLP

By: _____
    Patrick E. Premo

Attorneys for Plaintiff
GLINT INC.