PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
SHEEVA J. GHASSEMI-VANNI (CSB No. 246639)
sghassemi@fenwick.com
JOHN-PAUL S. DEOL (CSB No. 284893)
jpdeol@fenwick.com
TIARA R. QUINTANA (CSB No. 315783)
tquintana@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for Plaintiff
GLINT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLINT INC., a Delaware corporation, | CASE NO. 3:18-cv-02886-CRB |
| Plaintiff, | **DECLARATION OF SHEEVA J. GHASSEMI-VANNI IN SUPPORT OF PLAINTIFF GLINT INC.'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY** |
| v. | |
| PERCEPTYX, INC., a California corporation; MITCHELL ANDERSON, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

I, Sheeva J. Ghassemi-Vanni, declare as follows:

1. I am a partner with the law firm of Fenwick & West LLP, counsel for Plaintiff Glint Inc. ("Glint"). I am an attorney admitted to practice before this Court. I submit this declaration in support of the Glint's Ex-Parte Motion for Temporary Restraining Order and Expedited Discovery.

2. I make this declaration of my own personal knowledge, except to any extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

3. On May 11, 2018, I sent a detailed letter to Defendant Mitchell Anderson ("Mr. Anderson") identifying the basis for Glint's claims and the facts supporting such claims. A true and correct copy of the May 11, 2018 letter is attached hereto as **Exhibit A**. Mr. Anderson responded in writing on the morning of May 14, 2018, which was the deadline I had set in Exhibit A. A true and correct copy of the May 14, 2018 response letter is attached hereto as **Exhibit B**.

4. On May 11, 2018, I sent a detailed letter to Defendant Perceptyx, Inc. ("Perceptyx") identifying the basis of Glint's claims and the facts supporting such claims. A true and correct copy of the May 11, 2018 letter is attached hereto as **Exhibit C**. Perceptyx responded in writing on the morning of May 15, 2018, which was the deadline I had set in Exhibit C. A true and correct copy of the May 15, 2018 response letter is attached hereto as **Exhibit D**.

5. To date, both Mr. Anderson and Perceptyx have expressly denied all of the allegations, except Mr. Anderson admitted to retaining certain Glint property (including documents) due to working out of his home office and he indicated in his response that he was in the process of returning such property to Glint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 17th day of May, 2018 in Mountain View, California.

           _/S/ Sheeva J. Ghassemi-Vanni_

Sheeva J. Ghassemi-Vanni