# EXHIBIT B

May 14, 2018


Fenwick & West
Attn: Sheeva Ghassemi-Vanni
801 California Street
Mountain View, CA 94041


Dear Ms. Ghassemi-Vanni,

This letter is in response to your correspondence of May 11, 2018.  Please be assured that I am aware of and have not breached my obligations to Glint, Inc.

In response to the questions posed in your correspondence, I confirm the following:

1.      I have returned to the Company all Company Proprietary Information, data, and materials (whether in paper or electronic form) in my possession.  All Glint materials accumulated in my home office over the term of employment, including but not limited to, pitch decks, RFP's, sales training manuals, pricing scenarios, territory plans, and marketing materials, as well as Glint issued gear is being returned to Glint.  These materials have been shipped to Glint's Headquarters, Attn: Alex Coonce.

2.      I have not used, relied upon, or disclosed to any third party (including Perceptyx) the Company's Proprietary Information (e.g. pricing tables, the Company's survey questions, screenshots of the Company's platform, proposals made to customers, and Glint benchmarking data).

3.      I  have not solicited any Glint employees, whether or not on behalf of Perceptyx and whether or not Perceptyx hired such employees.

4.      I am aware of, will abide by, and will take no action in violation of your duties to the Company as expressed herein and in the Agreement, whether on behalf of any new employer (including Perceptyx) or in any other respect.

5.      I will preserve all evidence related to this dispute, including, but not limited to, all communications (in any format, including email, text and IM) in your possession, custody or control, and between you and/or anyone at Perceptyx.

In the days leading up to my departure from Glint, I was focused on maintaining sales momentum with multiple prospective customers & opportunities, working to close two (2) outstanding deals by 4/27/18, preparing responses for multiple RFP's, transitioning accounts to other sales professionals, in addition to other regular meetings, requirements and expectations.  My focus was to do the best for Glint, the customer, and fellow team members.  Like any other work week, there are multiple systems, programs and materials that I accessed to do my job effectively. It is common practice to access information from other Glint RFP's, pitch decks, and systems.  In no way was this information used outside of Glint or shared with any third party (including Perceptyx).

Regarding a non-Glint computer attempting to access Glint's G Suite from the Temecula area I can think of three (3) possible scenarios that may have caused this.

Scenario 1: A failed attempt could have been caused by using the Google Drive app on my phone to import my new Perceptyx credentials into Google Drive.  Auto-authentication may have picked up my Glint credentials and tried to access the Glint G Suite.  In no way was I deliberately attempting to access the Glint G Suite.

Scenario 2: Inadvertently typing the wrong login credentials to the Perceptyx G Suite (i.e., Glint email address instead of Perceptyx email address) based off of repetitive memory using my Glint credentials. In no way was I deliberately attempting to access the Glint G Suite.

Scenario 3: I was receiving emails from my Glint account through May 1, 2018. Perhaps my device registered my location and access to Glint Gmail.  I would estimate that 30 additional emails came through to my phone from the time I shut my laptop down on 4/27/18 through end of day 5/1/18.  I inadvertently, by rote, accessed two of those messages - one being a Closed/Won notification and the other being end of quarter aggregated sales results.  Information from those emails were not shared, forwarded, or otherwise used by me or any other third party (including Perceptyx).

In sum, I am aware of my obligations to Glint and have not and will not breach them.  If you have any further questions please feel free to contact me.

Sincerely,

Mitch Anderson

cc:     John Borland
        CEO, Perceptyx