# EXHIBIT C

May 15, 2018

Fenwick & West
Attn: Sheeva Ghassemi-Vanni
801 California Street
Mountain View, CA 94041

Dear Ms. Ghassemi-Vanni,

This letter is in response to your correspondence of May 11, 2018.  Please be assured that I am aware of Mitchell Anderson's post-employment obligations to Glint and have done nothing to violate those obligations.

In response to the questions posed in your correspondence, I confirm the following:

    1.    I, nor Perceptyx, have received any Glint proprietary information, data, or materials from Mitchell Anderson.

    2.    No Glint proprietary information, data, or materials exist on Perceptyx computer systems, networks, or on any other electronic or paper medium in our possession, custody, or control.

    3.    I, nor Perceptyx, have used, relied upon, or disclosed to any third party any Glint proprietary information.

    4.    Mitchell Anderson, to the best of my knowledge, has not solicited any Glint employees on behalf of Perceptyx.

    5.    I am aware of Mitchell Anderson's "Glint Employee Invention Assignment and Confidentiality Agreement" and will take no action that violates that agreement.

    6.    I have instructed Mitchell Anderson to abide by his post-employment obligations to Glint.

    7.    I will abide by the document preservation and retention obligations outlined in your correspondence of May 11, 2018.

Sincerely,

John Borland
CEO, Perceptyx


cc:    Mitchell Anderson